UNITED STATES DISTRICT COURT
NEVADA

Estevan Bonilla                                    ) Case No.: 2:07-cv-01611-LRH-PAL
                                                   )
      Plaintiff,                                )
                                                   )
vs.                                                )
                                                   )
Plaza Hotel and Casino,                            )
                                                   )
      Defendant(s)                              )
_____)

**Joint Stipulation to Extension in Filing Opposition to Summary Judgment**

Plaintiff, Estevan Bonilla, through his attorney, Malik W. Ahmad, of the Law Office of Malik W. Ahmad, and Defendant, Plaza Hotel and Casino, by and through their attorneys John P. Aldrich, Esq. and Sami Bakdash Esq., hereby jointly stipulate extension of time for filing Plaintiff's opposition to Defendant's motion for summary judgment, to August 26th, 2008.

**APPROVED AS TO FORM AND CONTENTS:**

BY_____(sd)/Malik W. Ahmad_____            _____(sd) Sami Bakdash____
    Malik W. Ahmad, Esq.                         Sami Bakdash
    Nevada Bar No. 10305                         Nevada Bar 9961
    City Center West, Suite 108                  BLACK & LOBELLO
    7201 West Lake Mead Blvd.                    10777 w. Twain Avenue, 3rd
    Las Vegas, Nevada, 89128                     Las Vegas, Nevada 89135
    (702) 270-9100 (Phone)                       (702)869-8801 (Phone)
    (702) 384-5900 (Fax)                         (702) 869-2669
    Malik11397@aol.com                           Attorney for Defendant
    Attorney for Plaintiff                       Plaza Hotel and Casino
    Estevan Bonilla

[1]

**ORDER**

The foregoing extension for Plaintiff to file his opposition to Defendant's motion for summary judgment to August 26, 2008, is approved.

IT IS SO ORDERED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE